UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO . 09-20406-CIV-O'SULLIVAN

[CONSENT]

LORNA ASH,

      Plaintiff,

vs.

SAMBORDROMO, LLC,

      Defendant.

_____/

## ORDER

THIS MATTER is before the Court on Defendant, Sambordromo, LLC's, Motion
to Strike Notice of Consent to Join (DE# 25, 5/5/09). Having reviewed the applicable
filings and the law, it is

ORDERED AND ADJUDGED that  Defendant, Sambordromo, LLC's, Motion to
Strike Notice of Consent to Join (DE# 25, 5/5/09) is **DENIED**. The defendant seeks to
strike the Notice of Consent to Join on the basis that, under Judge Huck's Scheduling
Order, the deadline to join additional parties and to amend the pleadings was March 5,
2009. The parties have consented to magistrate judge jurisdiction. If the parties do not
settle this matter at the May 21, 2009 settlement conference, the undersigned will issue
a new scheduling order supplanting the prior deadlines including the discovery cutoff.

**DONE AND ORDERED** in Chambers at Miami, Florida this **14th** day of May,
2009.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record