UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  09-20406-CIV-HUCK/O'SULLIVAN
THIS IS A CONSENT CASE

LORNA ASH,

    Plaintiff,

v.

SAMBODROMO, LLC.,

    Defendant.
_____/

## NOTICE OF HEARING
### (Sepcially Set 30 Minutes)

You are hereby notified that we will call up for hearing before the Honorable Magistrate Judge John J. O'Sullivan, one of the Judges in the above-styled court, at the U.S. District Courthouse, 300 N.E. First Avenue, 2nd Floor, Miami, Florida on Thursday, June 29th, 2009 at 1:30 p.m. or as soon as counsel can be heard, the following:

**DEFENDANT'S MOTION TO COMPEL DISCOVERY RESPONSES
TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION
AND FIRST SET OF INTERROGATORIES TO PLAINTIFF**

    Movant counsel certifies that a bona fide effort to agree or to narrow the issues on the motion noticed has been made with opposing counsel or that, because of time considerations, such effort has not as yet been made but will be made prior to the scheduled hearing.

    Pursuant to local rules, this will constitute a good faith effort to resolve the matters raised by this motion.  Would you please call if you are agreeable to resolving this matter in a bona fide attempt to resolve this matter without the necessity of a hearing.

Case No. 09-20406-CIV-HUCK/O'SULLIVAN

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will in turn, send a notice of electronic filing to: Lawrence J. McGuinness, Esq., 5805 Blue Lagoon, Dr., Suite 145, Miami, Florida 33126, this 15th day of June, 2009.

>
> COLE, SCOTT & KISSANE, P.A.
> Attorneys for Defendant
> 1645 Palm Beach Lakes Blvd., 2nd Floor
> West Palm Beach, Florida 33401
> E-Mail: postman@csklegal.com
> Telephone: (561) 383-9234
> Facsimile:  (561) 683-8977
>
>
> BY: /s/Barry A. Postman
>     BARRY A. POSTMAN
>     FBN: 991856
>     JANA M. LEICHTER
>     FBN: 803901