UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO . 09-20406-CIV-O'SULLIVAN

[CONSENT]

LORNA ASH,

    Plaintiff,

vs.

SAMBORDROMO, LLC,

    Defendant.
_____/

## ORDER

THIS MATTER came before the Court on the Motion for Sanctions for Failure to Comply with Court Order (DE# 38, 8/11/09) filed by the defendant.  Having heard from the parties at a hearing on August 17, 2009, it is

ORDERED AND ADJUDGED that the Motion for Sanctions for Failure to Comply with Court Order (DE# 38, 8/11/09) is **GRANTED**. On or before **Thursday, September 17, 2009**, the plaintiff shall pay the defendant $155 as sanctions for failing to comply with the Court's prior Order (DE# 36, 7/16/09) pursuant to Fed R. Civ. P. 37(b).

DONE AND ORDERED, in Chambers, at Miami, Florida this **17th** day of August, 2009.

                                                                _____
                                                                JOHN  J. O'SULLIVAN
                                                                UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record